IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DOYLE LEON HEARD,**
    Petitioner,

v.                      No.  3:04cv222/LAC/MD

**JAMES CROSBY, JR., Secretary**
of the Florida Department of Corrections,
and **FLORIDA PAROLE COMMISSION,**
    Respondents.
_____

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 13, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 1, Am. Pet.) is DENIED and the clerk is directed to close the file.

DONE AND ORDERED this 26th day of April, 2005.

                          *s/L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**