UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Doyle Leon Heard

    VS                                      CASE NO.  3:04cv222 LAC/MD

James Crosby, Jr.

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the amended petition for writ of habeas corpus is **DENIED**.

WILLIAM M. McCOOL, CLERK OF COURT

April 26, 2005                    /s/ Lynn C. Uhl
DATE                                Deputy Clerk: Lynn Uhl

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.